# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **RANDY SMITH**, as next friend of **MALIK TREVON SMITH**, a minor, et al. | |
| | Case No. 2:16-cv-212 |
| *Plaintiffs* | |
| v. | Judge Smith |
| **JON HUSTED** | |
| *Defendant.* | |

## NOTICE OF VOLUNTARY DISMISSAL

Because the Franklin County Common Pleas Court ordered that eligible seventeen year old voters be permitted to vote in the March 15, 2016 presidential primary, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice of the voluntary dismissal of this action against Defendant Jon Husted without prejudice.

KEGLER BROWN HILL & RITTER

By: /s/ Robert G. Cohen
   Robert G. Cohen, Esq. (0041707)
   Jason Beehler, Esq. (0085337)

   *Attorneys for Plaintiffs*
   65 E. State Street, Suite 1800
   Columbus, OH 43215
   (614) 462-5400
   rcohen@keglerbrown.com
   jbeehler@keglerbrown.com

1

GARVEY SCHUBERT BARER

By: /s/ Malcolm Seymour
Malcolm Seymour III, Esq.

*Pro Hac Vice Admission Forthcoming*

*Of Counsel to Plaintiffs*
100 Wall Street
20th Floor
New York, NY 10005
(212) 965-4533
mseymour@gsblaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Voluntary Dismissal was filed and served via the Court's electronic filing system on the 29th day of April, 2016.

/s/ Robert G. Cohen
Robert G. Cohen